UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMY SWARTOUT,

    Plaintiff,                                               Hon. Phillip J. Green

v.

                                                                     Case No. 1:22-cv-556

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is AFFIRMED.


Dated: February 21, 2023                                  /s/ Phillip J. Green
                                                                                                PHILLIP J. GREEN
                                                                                                United States Magistrate Judge